IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MAURICIO MEZA,
      Plaintiff,

vs.                        Case No.: 3:18cv1321/MCR/EMT

OFFICER TOLLIVER, et al.,
      Defendants.
_____/

## REPORT AND RECOMMENDATION

Plaintiff commenced this case by filing a civil rights complaint under 42 U.S.C. § 1983 (ECF No. 1).   On October 11, 2019, the court directed Plaintiff to file a third amended complaint within thirty (30) days (ECF No. 29).    At Plaintiff's request, the court subsequently extended to deadline to January 29, 2020 (*see* ECF Nos. 31, 32).

Plaintiff failed to file a third amended complaint by the extended deadline; therefore, on February 26, 2020, the court issued an order requiring Plaintiff to show cause, within thirty (30) days, why this action should not be dismissed for his failure to comply with an order of the court (ECF No. 33).   The deadline for compliance with the show cause order has passed, and Plaintiff has not filed a third amended complaint or shown cause for his failure to do so.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 2<u>nd</u> day of April 2020.

<u>/s/ *Elizabeth M. Timothy*</u>
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

## <u>NOTICE TO THE PARTIES</u>

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.   <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u>   A copy of objections shall be served upon all other parties.   If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.   *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636**.