UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MAURICIO MEZA,

    Plaintiff,

v.                                                                CASE NO. 3:18cv1321-MCR-EMT

OFFICER TOLLIVER, et al.,

    Defendants.
_____/

# O R D E R

    The Chief Magistrate Judge issued a Report and Recommendation on April 2, 2020.  ECF No. 34.  Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of all timely filed objections.

    Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

    Accordingly, it is **ORDERED**:

    1.    The Chief Magistrate Judge's Report and Recommendation, ECF No. 34, is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

**DONE AND ORDERED** this 7th day of May 2020.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**